# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANCIS FALLS | ) |
| | ) Case No. 2:16-cv-03785 |
| | ) |
| v. | ) JUDGE MARTIN L. C. FELDMAN |
| | ) |
| CHECK MART OF LOUISIANA, INC. | ) MAGISTRATE JUDGE MICHAEL NORTH |
| | ) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW COME the Parties, through their respective counsel, who represent that all issues in this matter have been amicably resolved, and therefore jointly move the Court to dismiss with prejudice all claims asserted in the above-referenced action by Plaintiff Francis Falls against Defendant Check Mart of Louisiana, Inc., with each party to bear their own costs and attorneys' fees.

Dated, this the 18th day of November, 2016.


Respectfully Submitted,


| | |
|---|---|
| LOWE, STEIN, HOFFMAN ALLWEISS & HAUVER, L.L.P. | THE BIZER LAW FIRM |
| */s/ Marynell L. Piglia* | */s/ Marc P. Florman* |
| MICHAEL R. ALLWEISS (#2425) | Andrew D. Bizer (LA # 30396) |
| MARYNELL L. PIGLIA (#20329) | andrew@bizerlaw.com |
| 701 Poydras Street, Suite 3600 | Garret S. DeReus (LA # 35105) |
| New Orleans, Louisiana 70139-7735 | gdereus@bizerlaw.com |
| Email: mpiglia@lowestein.com | Marc P. Florman (LA # 35128) |
| (504) 581-2450 (Telephone) | mflorman@bizerlaw.com |
| (504_ 581-2461 (Fax) | 3319 St. Claude Ave. |
| *Attorneys for Check Mart of Louisiana , Inc.* | New Orleans, LA 70117 |
| | T: 504-619-9999; F: 504-948-9996 |
| | *Attorneys for Plaintiff* |