# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCIS FALLS** | ) |
| | ) Case No. 2:16-cv-03785 |
| | ) |
| v. | ) JUDGE MARTIN L. C. FELDMAN |
| | ) |
| **CHECK MART OF LOUISIANA, INC.** | ) MAGISTRATE JUDGE MICHAEL NORTH |
| | ) |

## ORDER

On considering the foregoing Joint Motion to Dismiss with Prejudice:

IT IS HEREBY ORDERED that all claims asserted in the above-referenced action by Plaintiff Francis Falls against Defendant Check Mart of Louisiana, Inc. are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this  21st day of      November     , 2016.

_____
JUDGE